# United States Court of Appeals
### For The District of Columbia Circuit

**No. 06-5127**  **September Term, 2005**

06cv00567

**Filed On:**

Victoria L. Schu,
    Appellant

v.

State of Missouri Republic Police Department, et al.,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    JUL 17 2006

CLERK

**BEFORE:** Ginsburg, Chief Judge, and Randolph and Tatel, Circuit Judges

## ORDER

Upon consideration of the petition for a writ of mandamus, the memorandum of law and fact in support thereof, and the motion for leave to proceed in forma pauperis, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be granted. It is

**FURTHER ORDERED** that the petition for writ of mandamus be denied. The district court did not abuse its discretion in transferring this case to the Western District of Missouri, pursuant to 28 U.S.C. § 1406(a). See In re: Tripati, 836 F.2d 1406, 1407 (D.C. Cir. 1988) (per curiam). Venue is proper in that judicial district, where most of the named defendants are located and a substantial part of the events or omissions giving rise to the claims occurred. See 28 U.S.C. § 1391.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**